In the Matter of the Claim of MARGARET DUNBAR, Respondent, v. WILLIAM MACKENZIE et al., Appellants. STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — injury to employee of subcontractor — when award against both general and subcontractor proper.*

*Dunbar* v. *Mackenzie*, 198 App. Div. 946, affirmed.

(Argued November 23, 1921; decided December 13, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1921, which affirmed an award of the state industrial commission made under the Workmen's Compensation Law. An employee of defendant Mackenzie, a subcontractor of defendant Knopp, was found unconscious at the foot of a ladder on the work and subsequently died. The only question was whether Mackenzie or Knopp was liable for compensation. An award was made against both upon a finding that the employees of Mackenzie should be considered the employees of Knopp.

*William H. Foster* and *James B. Henney* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.